# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D18-5015

————————————————

MARTIN L. MCCRAY,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 10, 2019

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

WOLF, LEWIS, and WETHERELL, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Martin L. McCray, pro se, Petitioner.

No appearance for Respondent.